**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GAGANDEEP SINGH | : | Civil No. 1:26-CV-01969 |
| Petitioner, | : | |
| v. | : | |
| JOHN R. RIFE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 17th day of August, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) In order to ensure that Petitioner has an opportunity to make transportation arrangements, the court requests the following timeline for his release:

   a. Petitioner shall be released from detention on **Tuesday, August 18, 2026, between 12:00 p.m. and 3:00 p.m.**

   b. By **6:00 p.m. on the date of this order**, Petitioner shall be provided with a phone call to arrange for transportation after his release from detention.

3) Respondents shall return Petitioner's personal property upon release.

4) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Friday, August 21, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

5) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

6) Petitioner may file a motion for fees and costs under the Equal Access to Justice Act within 30 days of final judgment in this action.

7) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania